■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RAYMOND SENEY, DOLORES SENEY, JOSEPH PATA and MILTON MARLOWE, Respondents.— Appeal by the People from an order of the County Court, Rockland County, dated April 4, 1975, which granted the branches of defendants' motions which sought to suppress certain physical evidence. Order affirmed. *People v Seney* (34 NY2d 817) is not determinative here. The Court of Appeals there was dealing with a wiretap order which related to other times and places than the arrest and seizure in this case. Martuscello, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur.